**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>5 UNKNOWN CIM CORRECTIONAL OFFICERS,<br><br>Defendants-Appellees. | No. 14-55098<br><br>D.C. No. 5:11-cv-01625-JAK-E<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
John A. Kronstadt, District Judge, Presiding

Submitted February 24, 2016[**]

Before:     LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

Jesse L. Youngblood, a California state prisoner, appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging cruel and

unusual punishment.  We have jurisdiction under 28 U.S.C. § 1291.  We review for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

an abuse of discretion. *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002) (dismissal for failure to comply with a court order); *Hernandez v. City of El Monte*, 138 F.3d 393, 398 (9th Cir. 1998) (dismissal for failure to prosecute). We affirm.

The district court did not abuse its discretion by dismissing Youngblood's action without prejudice because Youngblood was given leave to conduct discovery in order to effect service, but he failed to comply with a court order to provide the United States Marshals Service with sufficient information to serve the defendants in this action. *See Pagtalunan*, 291 F.3d at 642 (setting forth factors for a district court to consider in determining whether to dismiss for failure to comply with a court order or failure to prosecute); *see also Ash v. Cvetkov*, 739 F.2d 493, 497 (9th Cir. 1984) ("[D]ismissal without prejudice is a more easily justified sanction for failure to prosecute.").

**AFFIRMED**.

14-55098